IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-01764-WYD-KMT

NEFTALI MARCIAL,

    Plaintiff,

v.

DEUTSCHE BANK OF AMERICA;
ONE WEST BANK; and,
INDYMAC MORTGAGE SERVICES,

    Defendants.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Affirming and Adopting Recommendation of United States Magistrate Judge, filed on February 11, 2013, by the Honorable Wiley Y. Daniel, Senior United States District Judge, and incorporated herein by reference as if fully set forth, it is

ORDERED that Magistrate Judge Tafoya's Recommendation [ECF Doc. No. 12], filed November 28, 2012, is AFFIRMED and ADOPTED.  It is further

ORDERED that judgment is hereby entered in favor of Defendants, Deutsche Bank of America; One West Bank; and IndyMac Mortgage Services, and against Plaintiff, Neftali Marcial, on Recommendation of United States Magistrate Judge Kathleen M. Tafoya.  It is further

ORDERED that plaintiff's complaint and action are dismissed **with prejudice**.

DATED at Denver, Colorado this 11th day of February, 2013.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK


By: s/ Edward P. Butler
Edward P. Butler,
Deputy Clerk